UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ELICIA WILLIAMS                                                            CIVIL ACTION

VERSUS

ATLANTIC SPECIALTY INSURANCE                     NO. 24-00426-BAJ-RLB
COMPANY, ET AL.

## RULING AND ORDER

This personal injury (car crash) action was removed to this Court from the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. In their Notice of Removal, (Doc. 1), Defendants invoke the Court's general diversity jurisdiction.

Now before the Court is the **Report and Recommendation (Doc. 20, the "Report")**, issued by the Magistrate Judge recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court due to Defendants failure to meet their burden to show that the amount in controversy requirement is satisfied pursuant to 28 U.S.C. §1441(a). No objection was filed.[1]

Having carefully considered the Notice of Removal (Doc. 1), Defendants' Memorandum Regarding The Amount In Controversy Requirement For Diversity Jurisdiction (Doc. 19), and other related pleadings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

---

[1] Defendants also indicated that they "have no objection to a remand of this suit to state court." (Doc. 19).

19th jdc

**IT IS ORDERED** that the above-captioned action be and is hereby **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for further proceedings.

The Clerk of Court shall terminate this matter.

Baton Rouge, Louisiana, this 25th day of February, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**